| United States Bankruptcy Court<br>District of Arizona, Phoenix Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Premier Pain Solutions LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **45-4394840** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2813 E Camelback Rd**<br>**Ste 430**<br>**Phoenix, AZ**  ZIPCODE **85016-4337** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Maricopa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**2813 E Camelback Rd**<br>**Ste 430**<br>**Phoenix, AZ**  ZIPCODE **85016-4337** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**2813 E Camelback Rd, 2813 E Camelback Rd Ste 430, Phoenix, AZ**  ZIPCODE **85016-4337** | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____
  **Chapter 15 Debtor**
  Country of debtor's center of main interests:
  _____
  Each country in which a foreign proceeding by, regarding, or against debtor is pending:
  _____

**Nature of Business**
(Check **one** box.)

- [✓] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other
  _____
  **Tax-Exempt Entity**
  (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [✓] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [✓] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [ ] 1-49 | [ ] 50-99 | [✓] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Premier Pain Solutions LLC** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)        Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Premier Pain Solutions LLC** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X */s/ Richard Drake* <br> Signature of Attorney for Debtor(s) <br><br> **Richard Drake 025449** <br> **DRAKE LAW FIRM PLC** <br> **14500 N Northsight Blvd. Ste. 208** <br> **Scottsdale, AZ 85260** <br><br><br> **June 30, 2015** <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br> Signature <br><br> _____ <br> Date <br><br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X */s/ Sky Moore* <br> Signature of Authorized Individual <br><br> **Sky Moore** <br> Printed Name of Authorized Individual <br><br> **Member** <br> Title of Authorized Individual <br><br> **June 30, 2015** <br> Date | |

# United States Bankruptcy Court
## District of Arizona, Phoenix Division

**IN RE:**                                                            Case No. _____

**Premier Pain Solutions LLC**                                   Chapter **11**

                                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Arcadia Property Management** <br> PO Box 10 <br> Scottsdale, AZ 85252-0010 | | | | 40,000.00 |
| **Dr. Kirk Minkus** <br> c/o Littler Mendelson LL <br> 2425 E Camelback Rd # 900 <br> Phoenix, AZ 85016-4242 | | | | 37,000.00 |
| **Can Capital** <br> 414 W 14th St Fl 3 <br> New York, NY 10014-1013 | | | | 30,809.37 |
| **Zion & Zion** <br> 432 S Farmer Ave <br> Tempe, AZ 85281-6495 | | | | 20,000.00 |
| **Tilson HR** <br> c/o Alerding Castor Hewitt LLP <br> 1530 American Way <br> Greenwood, IN 46143-5607 | | | | 19,802.14 |
| **Tilson HR** <br> 47 S Pennsylvania St <br> Indianapolis, IN 46204-3698 | | | | 19,802.14 |
| **Star Retrieval** <br> 10645 N Tatum Blvd # 200-401 <br> Phoenix, AZ 85028-3068 | | | | 16,703.00 |
| **MedQuest Financial** <br> 168 Timberline Desert Ct <br> Henderson, NV 89012-5571 | | | | 12,500.00 |
| **Henry Schein** <br> 135 Duryea Rd <br> Melville, NY 11747-3834 | | | | 11,408.00 |
| **American National Medical Management** <br> 19820 N 7th Ave Ste 150 <br> Phoenix, AZ 85027-4783 | | | | 10,060.00 |
| **HAB Technologies** <br> 10 Montagne Dr <br> Shelton, CT 06484-3809 | | | | 9,540.00 |
| **Cox Communications** <br> c/o Atlus Global <br> PO Box 1389 <br> Kenner, LA 70063-1389 | | | | 7,989.88 |
| **Cox Communications** <br> PO Box 1259 <br> Oaks, PA 19456-1259 | | | | 7,989.88 |
| **Banyan International** | | | | 6,365.31 |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| | |
|---|---|
| **KJK Financial**<br>**2340 W Parkside Ln # H-106**<br>**Phoenix, AZ  85027-1273** | **6,056.16** |
| **ProVision**<br>**1501 W Fountainhead Pkwy # 650**<br>**Tempe, AZ  85282-1864** | **6,000.00** |
| **Milligan Lawless**<br>**5050 N 40th St # 200**<br>**Phoenix, AZ  85018-2152** | **5,000.00** |
| **Caltronics**<br>**10491 Old Placerville Rd # 150**<br>**Sacramento, CA  95827-2533** | **5,000.00** |
| **Cline William Wright Johnson & Oldfather**<br>**233 S 13th St # 1900U**<br>**Lincoln, NE  68508-2017** | **5,000.00** |
| **Dr. Jeff Uhrmacher**<br>**c/o Cline Williams Wr**<br>**233 S 13th St # 1900**<br>**Lincoln, NE  68508-2000** | **5,000.00** |
| **Infincom**<br>**10491 Old Placerville Rd # 150**<br>**Sacramento, CA  95827-2533** | **5,000.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June 30, 2015**        Signature: ***/s/ Sky Moore***

**Sky Moore, Member**

(Print Name and Title)

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Premier Pain Solutions LLC

Acclaim Recovery Management
2601 Airport Dr Ste 380
Torrance, CA   90505-6143


Affiliated Monitors
PO Box 961791
Boston, MA   02196-1791


American Medical Association
330 N Wabash Ave
Chicago, IL   60611-3586


American National Medical Management
19820 N 7th Ave Ste 150
Phoenix, AZ   85027-4783


Angiodynamics
PO Box 1549
Albany, NY   12201-1549


Arcadia Property Management
PO Box 10
Scottsdale, AZ   85252-0010


Arizona Dept. of Economic Security
PO Box 52027
Phoenix, AZ   85072-2027

Premier Pain Solutions LLC

Arizona Dept. of Revenue
PO Box 29070
Phoenix, AZ   85038-9070


Assured Document Destruction
8050 Arville St Ste 105
Las Vegas, NV   89139-7149


Assured Document Destruction
3080 S Durango Dr # 208
Las Vegas, NV   89117-9194


Az Comp
890 W Elliot Rd Ste 107
Gilbert, AZ   85233-5127


Backbone
458 N 500 West St # 201
Bountiful, UT   84010


C.R. Bard
8195 Industrial Blvd NE
Covington, GA   30014-1497


C.R. Bard c/o Randall & Richard
5151 E Broadway Blvd
Tucson, AZ   85711-3705

Premier Pain Solutions LLC

Caltronics
10491 Old Placerville Rd # 150
Sacramento, CA   95827-2533


Can Capital
414 W 14th St Fl 3
New York, NY   10014-1013


Castle Medical
5700 Highland Parkway St # 100
Smyrna, GA   30082


Central Messaging
10333 Harwin Drive St # 245
Houston, TX   77036


CIT Finance
PO Box 550599
Jacksonville, FL   32255-0599


CIT Finance
c/o McCarthy Burgess & Wolfe
26000 Cannon Rd
Cleveland, OH   44146-1807


City of Phoenix
251 W Washington St
Phoenix, AZ   85003-2295

Premier Pain Solutions LLC

Clia Waived, Inc.
11578 Sorrento Valley Rd # 24
San Diego, CA   92121-1311


Cline William Wright Johnson & Oldfather
233 S 13th St # 1900U
Lincoln, NE   68508-2017


Cox Communications
PO Box 1259
Oaks, PA   19456-1259


Cox Communications
PO Box 53249
Phoenix, AZ   85072-3249


Cox Communications
c/o Atlus Global
PO Box 1389
Kenner, LA   70063-1389


CybarMark
222 W Parkside Ln # 116
Phoenix, AZ   85027


CyberMark
c/o Revenue Assurance Partners
19399 Helenbirg Rd # 5
Covington, LA   70433-5392

Premier Pain Solutions LLC

Data Girl LLC
6108 W Gambit Trl
Phoenix, AZ   85083-6556


Dr. Jeff Uhrmacher
c/o Cline Williams Wr
233 S 13th St # 1900
Lincoln, NE   68508-2000


Dr. Kirk Minkus
c/o Littler Mendelson LL
2425 E Camelback Rd # 900
Phoenix, AZ   85016-4242


Dr. Klee Bethel
4702 E Southern Ave
Mesa, AZ   85206-2737


eLab Solutions
610 Airport Rd SW # 200
Huntsville, AL   35802-4304


Fetchback
PO Box 29338
Phoenix, AZ   85038-9338


Firt Insurance Funding
PO Box 66468
Chicago, IL   60666-0468

Premier Pain Solutions LLC

Gia Bend Sun
480 S Butterfield Trl
Gila Bend, AZ   85337-3030


Grand Canyon Anesthesiology Consultants
5110 N 33rd St
Phoenix, AZ   85018-1411


Greater Arizona Central
326 E Coronado Rd
Phoenix, AZ   85004-1524


HAB Technologies
10 Montagne Dr
Shelton, CT   06484-3809


HealthTemp
2425 E Camelback Rd # 1080
Phoenix, AZ   85016-4260


Henry Schein
135 Duryea Rd
Melville, NY   11747-3834


Image 2000
7510 Hazeltine Ave
Van Nuys, CA   91405-1419

Premier Pain Solutions LLC

Infincom
10491 Old Placerville Rd # 150
Sacramento, CA   95827-2533


InfusionSoft
PO Box 50276
Sarasota, FL   34232-0302


Inside Coup
4702 N 32nd St
Phoenix, AZ   85018-3307


Internal Revenue Service
PO Box 21126
Philadelphia, PA   19114-0326


Jaymee McLelland
c/o Industrial Comm of
PO Box 19070
Phoenix, AZ   85005-9070


JP Morgan Chase Bank
PO Box 659754
San Antonio, TX   78265-9754


KJK Financial
2340 W Parkside Ln # H-106
Phoenix, AZ   85027-1273

Premier Pain Solutions LLC

Laguna Commerical Capital
301 Forest Ave
Laguna Beach, CA   92651-2115


Les Minkus c/o Littler Mendelson PC
2425 E Camelback Rd # 900
Phoenix, AZ   85016-4242


MAS Security
3039 W Peoria Ave # C102-613
Phoenix, AZ   85029-0413


MedQuest Financial
168 Timberline Desert Ct
Henderson, NV   89012-5571


Medworxs
PO Box 568
Evergreen, CO   80437-0568


Meritus Payment Soilutions
2600 Michelson Dr # 1600
Irvine, CA   92612-1581


Meritus Payment Solutions
c/o Vengroff Williams
PO Box 4155
Sarasota, FL   34230-4155

Premier Pain Solutions LLC

Meyer Distributing Co.
560 E 25th St
Jasper, IN  47546-8117


Milligan Lawless
5050 N 40th St # 200
Phoenix, AZ  85018-2152


Moore Medical
1690 New Britain Ave
Farmington, CT  06032-3361


PCLS
854 Paragon Way
Rock Hill, SC  29730-0005


Pitney Bowes
PO Box 371874
Pittsburgh, PA  15250-7874


Plug and Play
1750 E Sagittarius Pl
Chandler, AZ  85249-3732


ProStar
PO Box 113000
Carrollton, TX  75011-3000

Premier Pain Solutions LLC

ProVision
1501 W Fountainhead Pkwy # 650
Tempe, AZ   85282-1864


Quill
PO Box 37600
Philadelphia, PA   19101-0600


Quill
c/o RMS
1250 E Diehl Rd
Naperville, IL   60563-9305


Radiation Detection Company
8095 Camino Arroyo
Gilroy, CA   95020-7304


Sacks Tierney
4250 N Drinkwater Blvd Fl 4
Scottsdale, AZ   85251-3987


Scrubs & Beyond
12969 Manchester Rd
Saint Louis, MO   63131-1805


Softnet Systems
12635 N 2nd St
Phoenix, AZ   85022-5402

Premier Pain Solutions LLC

```
                Sparkletts
                PO Box 660579
                Dallas, TX   75266-0579


                Star Retrieval
                10645 N Tatum Blvd # 200-401
                Phoenix, AZ   85028-3068


                Stephanie Marler
                c/o Industrial Commission of AZ
                PO Box 19070
                Phoenix, AZ   85005-9070


                Stryker
                4100 E Milham Ave
                Portage, MI   49002-9704


                Swarm Interactive
                105 Woodshire Ln
                Chapel Hill, NC   27514-2430


                Technology Depot
                1207 S Shamrock Ave
                Monrovia, CA   91016-4244


                The Patriot Group
                245 W Montauk Hwy
                Lindenhurst, NY   11757-5656
```

Premier Pain Solutions LLC

Tilson HR
c/o Alerding Castor Hewitt LLP
1530 American Way
Greenwood, IN   46143-5607


Tilson HR
47 S Pennsylvania St
Indianapolis, IN   46204-3698


Titan Medical
PO Box 7746
Thousand Oaks, CA   91359-7746


US Bank
1310 Madrid St
Marshall, MN   56258-4099


ValPak
2633 E Indian School Rd # 130
Phoenix, AZ   85016-6766


Zion & Zion
432 S Farmer Ave
Tempe, AZ   85281-6495